Nuckols *v* Mitchell.

Judgment reversed.

*J. D. Templin*, for appellant.

*W. H. Seevers*, for appellee.

* * *

NUCKOLS *v.* MITCHELL.

Where it appears that the original notice and attachment were issued at the same time, it will be considered that the attachment was sued out at the commencement of the suit, and it is error to dismiss the attachment in such a case, on the assumed ground that it was sued out before suit was commenced.

*Appeal from Pottawatamie District Court.*

*Opinion by* GREENE, J. Action on a promissory note, commenced by S. Nuckols. Attachment proceedings commenced simultaneously with the suit. On motion, the writ of attachment was dismissed, on the ground that the clerk had no authority to issue the writ until after the suit was commenced.

It appears that the original notice and the writ of attachment were issued and returned at the same time. As the notice and writ bear the same date, we take it for granted that the action and the attachment commenced their progress together. Under the Code, § 1846, property may be attached at the commencement or during the progress of the

proceedings. The writ in this case was issued at the commencement of the action, and therefore comes within the requirements of the Code. The court erred in sustaining the motion on the grounds stated.

Judgment reversed.

*C. E. Stone*, for appellant.

*Starr* and *Clarke*, for appellee.